**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **APOLLO STRONG, et al.** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:18-cv-634** |
| § | |
| **MARATHON RESOURCE MANAGEMENT** § | |
| **GROUP, LLC, et al.** § | |
| § | |
| **Defendants.** § | |

## ORDER

Plaintiffs' Opposed Motion for Leave to File First Amended Complaint was submitted on August 23, 2019. The court has reviewed the papers submitted and considered the arguments of counsel and is of the opinion that Plaintiffs' motion should be and hereby is GRANTED. The court directs the clerk to accept Plaintiffs' First Amended Complaint for filing.

SIGNED this _____ day of _____, 2019

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE